FILED

JUN 0 8 2020

CLERK, U.S DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                        DEPUTY

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 20MJ9284 |
| Plaintiff, | COMPLAINT FOR VIOLATION OF: |
| v. | Title 21 U.S.C.§ 841(a)(1) |
| Rafael ALVARADO, | Possession of a Controlled Substance with Intent to Distribute |
| Defendant. | |

The undersigned complainant being duly sworn states:

On or about June 5, 2020, within the Southern District of California, defendant Rafael ALVARADO did knowingly and intentionally possess with intent to distribute 500 grams and more, to wit: approximately 2.903 kilograms (6.400 pounds), of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II Controlled Substance in violation of Title 21, United States Code, Section 841(a)(1).

The complainant states that this complaint is based on the attached Statement of Facts incorporated herein by reference.

_____
Task Force Officer Richard Ramos
Drug Enforcement Administration

Sworn and attested to under oath by telephone, in accordance with Federal Rule of Criminal Procedure 4.1, this ___8th___ day of June, 2020.

_____
HON. RUTH BERMUDEZ MONTENEGRO
U. S. MAGISTRATE JUDGE

2

UNITED STATES OF AMERICA

v.

Rafael ALVARADO.

## STATEMENT OF FACTS

This Statement of Facts is based on the reports, documents, and notes furnished to Drug Enforcement Administration Task Force Officer (TFO) Richard Ramos.

On June 5, 2020, United States Border Patrol Agent (BPA) H. Ciudad Real and his Human/Narcotics Detector Dog (HNDD) were assigned to the Highway 86 Border Patrol Checkpoint located near Westmorland, California. At approximately 2:00 p.m., a silver Acura Integra occupied by a male driver and female passenger approached the primary inspection area. As the vehicle passed by BPA Cuidad Real and the HNDD, the HNDD alerted to the driver side of the vehicle, specifically the seam of the door. BPA Cuidad Real advised the primary BPA R. Avitia to send the vehicle to secondary.

In the secondary inspection area, BPA K. Hynes made contact with the driver, later identified as Rafael ALVARADO (ALVARADO), and the female passenger of the vehicle. BPA Hynes told ALVARADO of the canine alert on his vehicle and obtained consent from ALVARADO to conduct a search of the vehicle. BPA Hynes had conducted a pat down of ALVARADO and removed some marijuana he had on his person.

BPA Cuidad Real and BPA Hynes conducted an interior search of the vehicle. BPA Hynes located a black and grey backpack on the back seat. BPA Hynes opened the backpack and discovered what appeared to be bundles of methamphetamine inside. BPA

3

Cuidad Real had the HNDD conduct a canine sniff of the backpack and the HNDD alerted to the backpack. A total of seven (7) bundles were removed from the backpack. BPA Cuidad Real and BPA Hynes weighed and tested the white crystal-like substance utilizing a Narcotics Analysis Reagent Kit (NARK) which resulted in a positive test for properties of methamphetamine. The total approximate weight of the seven (7) bundles/packages was 2.903 kilograms (6.400 pounds). ALVARADO was placed under arrest. The female passenger was detained for an outstanding Federal Arrest Warrant.

ALVARADO was advised of his Rights per Miranda by Drug Enforcement Administration TFO Ramos in the English language verbatim from a DEA-13A form. ALVARADO acknowledged and waived his rights, agreeing to answer questions without the presence of an attorney. ALVARADO stated that he was staying in Mexicali because it is cheaper. ALVARADO said he was asked by a neighbor if he crossed into the United States. ALVARADO told his neighbor he did and was introduced to a person who asked if he would transport drugs to a place in Cathedral City, California. ALVARADO said he picked up the drugs at a house in Calexico and began driving and was going to be told where exactly to drop off the drugs. ALVARADO said his girlfriend, the female passenger, had no knowledge of the drugs.

ALVARADO was placed under arrest and charged with a violation of Title 21 U.S.C.§ 841(a)(1) for Possession of a Controlled Substance with Intent to Distribute and issued a Notice to Appear dated June 12, 2020 at 8:00 a.m.

4